**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6544

ANTHONY TURNER,

Plaintiff - Appellant,

versus

RAYMOND IGLECIA, M.D.,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. F. Bradford Stillman, Magistrate Judge. (CA-00-917-2)

Submitted: September 29, 2005      Decided: October 6, 2005

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Turner, Appellant Pro Se. John Andrew Basham, Ted G. Yoakam, Allison W. Anders, MCKENRY, DANCIGERS, WARNER, DAWSON & LAKE, P.C., Virginia Beach, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Turner appeals the magistrate judge's order[*] granting summary judgment in favor of the Defendant on his 42 U.S.C. § 1983 (2000) and related state law claims alleging deliberate indifference to his serious medical needs and medical malpractice. Our review of the record discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Turner v. Iglecia</u>, No. CA-00-917-2 (E.D. Va. Mar. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).

- 2 -